THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCUS PERRY, Individually;<br><br>Plaintiff,<br><br>v.<br><br>INTERMEDIA.NET, INC.<br><br>Defendant, | NO. 2:18-cv-00121-TSZ<br><br>DECLARATION OF THADDEUS P. MARTIN IN SUPPORT OF MOTION TO REMAND<br><br>**Noted for Hearing:** February 23, 2018 |

THADDEUS P. MARTIN hereby declares under the penalty of perjury under the laws of the State of Washington that the following is true and correct:

1. I am the attorney for the plaintiff in this matter. I am over age 18, competent to testify and make this declaration based upon my personal knowledge.

2. Plaintiff moves the Court for an order remanding the above-captioned case back to King County Superior Court, from where it was improperly removed without any legitimate basis under 28 U.S.C. § 1332 (a).

DECL ISO MOT. TO REMAND
Page - 1 of 3

THADDEUS P. MARTIN
Attorney at Law
7121 27th Street W.
University Place, WA 98466
(253) 682-3420 - FACSIMILE (253) 682-0977

SIGNED this 31st day of January, 2018, in University Place, Washington.

By: *s/Thaddeus P. Martin*
Thaddeus P. Martin WSBA 28175
tmartin@thadlaw.com
7121 27th Street W.
University Place, WA 98466
(253) 682-3420
Attorney for Plaintiff

DECL ISO MOT. TO REMAND
Page - 2 of 3

THADDEUS P. MARTIN
Attorney at Law
7121 27th Street W.
University Place, WA 98466
(253) 682-3420 - FACSIMILE (253) 682-0977

## CERTIFICATE OF SERVICE

The undersigned declares under the penalty of perjury that she caused the foregoing document to be served via ECF service and a hard copy was also sent via courier to:

David W. Silke
Nicole E. Demmon
Gordon Rees Scully Mansukhani, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104

Executed this 31st day of January, 2017, at University Place, Washington.

By _____
Heather Delin, Paralegal

DECL ISO MOT. TO REMAND
Page - 3 of 3

THADDEUS P. MARTIN
Attorney at Law
7121 27th Street W.
University Place, WA 98466
(253) 682-3420 - FACSIMILE (253) 682-0977