UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARCUS PERRY,

        Plaintiff,

v.

INTERMEDIA.NET, INC.,

        Defendant.

C18-121 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion to remand, docket no. 5, is GRANTED. The Court DECLINES, however, to award attorney's fees or costs to plaintiff under 28 U.S.C. § 1447(c).

(2) The Clerk is DIRECTED to remand this matter to the King County Superior Court, effective fourteen (14) days after the date of this Minute Order, and to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of March, 2018.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1